**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE RAYMOND P. MOORE**

---

Courtroom Deputy: Nick Richards          Date: November 8, 2013
Court Reporter: Tammy Hoffschildt

---

**CASE NO. 12-cv-01772-RM-CBS**

Parties                                   Counsel

PATRICK G. WADE,                          Jeffrey Edward Chod
                                          Patrick Steven O'Brien
         Plaintiff,                       Donald Francis D'Antuono

v.

UNION PACIFIC RAILROAD COMPANY, a   Torriano N. Garland
corporation,

         Defendant.

---

**COURTROOM MINUTES**

---

**TRIAL PREPARATION CONFERENCE**
**COURT IN SESSION: 9:57 a.m.**
Court calls case. Appearances of counsel.

Opening remarks by the Court regarding stipulations and exhibits.

**ORDERED**:  Each side shall submit copies of exhibits seven days prior to trial.

Discussion regarding possible settlement negotiations.

Discussion regarding attorney voir dire.

**ORDERED**:  Each side shall be permitted 10 minutes to conduct voir dire.

Trial is set to commence December 2, 2013 at 9:00 a.m. in Courtroom A-601 before the
Honorable Raymond P. Moore. Trial is scheduled for five days. Counsel shall be
present at 8:30 a.m. on the first day of trial.

**ORDERED**:   Should the parties wish to submit trial briefs, trial briefs shall be submitted seven days prior to trial.

Discussion regarding Defendant's Opposed Motion and Memorandum Brief to Transfer Pursuant to 28 U.S.C. § 1404 and D.C.COLO.LCivR 7.1(A) [Doc. No. 20, filed March 1, 2013] Plaintiff's Motion in Limine to Prohibit Evidence or Argument Concerning Assumption of Risk and Union Pacific's Empowerment Rule [Doc. No. 48, filed November 1, 2013], Plaintiff's Motion *in Limine* to Prohibit Evidence or Argument that Union Pacific if Generally a Reasonably Safe Place to Work [Doc. No. 49, filed November 1, 2013], Plaintiff's Motion *in Limine* to Prohibit All Collateral Source Evidence [Doc. No. 50, filed November 1, 2013], Defendant Union Pacific's Unopposed Motion for an Order of Offset for Plaintiff's Railroad Retirement Sickness Benefits [Doc. No. 51, filed November 1, 2013], Defendant's Motion in Limine to Strike Certain Testimony of Lay Witnesses [Doc. No. 53, filed November 1, 2013], and Defendant Union Pacific's Motion in Limine to Strike the Testimony of Shane Moon [Doc. No. 54, filed November 1, 2013].

**ORDERED**:   Defendant's Opposed Motion and Memorandum Brief to Transfer [20] is deemed abandoned and **DENIED** on that basis.

**ORDERED**:   Plaintiff shall respond to Defendant Union Pacific's Motion in Limine to Strike the Testimony of Shane Moon [54] on or before November 15, 2013.

**ORDERED**:   Defendant's Motion in Limine to Strike Certain Testimony of Lay Witnesses [53] is **DENIED** without prejudice.

**ORDERED**:   Defendant Union Pacific's Unopposed Motion for an Order [51] is **GRANTED** as stated on the record.

**ORDERED**:   Should Defendant oppose the motion, Defendant shall respond to Plaintiff's Motion *in Limine* to Prohibit All Collateral Source Evidence [50] on or before November 15, 2013.

**ORDERED**:   Plaintiff's Motion *in Limine* to Prohibit Evidence or Argument that Union Pacific if Generally a Reasonably Safe Place to Work [49] is **DENIED** without prejudice.

**ORDERED**:   Defendant shall respond to Plaintiff's Motion in Limine to Prohibit Evidence or Argument Concerning Assumption of Risk and Union Pacific's Empowerment Rule [48] on or before November 15, 2013.

**ORDERED**:   Seven days prior to trial, the parties shall resubmit jury instructions, separating the instructions into stipulated and non-stipulated.

**ORDERED**:   Witnesses shall be sequestered during the course of trial. An Order of

Sequestration shall be entered before the commencement of trial.

Discussion regarding jury selection and jury instructions.

**COURT IN RECESS**: **11:02 a.m.**
**Total in court time**: **01:05**
**Hearing concluded**