**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Raymond P. Moore**

**Civil case no. 12-cv-01772-RM-CBS**

PATRICK G. WADE,

    Plaintiff,

v.

UNION PACIFIC RAILROAD COMPANY, a corporation,

    Defendant.

---

**ORDER**

---

Defendant Union Pacific Railroad Company's November 1, 2013 Motion In Limine To Strike the Testimony of Shane Moon (ECF No. 54) is hereby DENIED WITHOUT PREJUDICE as moot. Plaintiff Patrick G. Wade filed a Response (ECF No. 57), which noted that he does not intend to call Shane Moon in his case-in-chief. If Plaintiff calls Shane Moon as a rebuttal witness, Defendant may object and the matter will be considered at that juncture.

DATED this 15th day of November, 2013.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge