# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Raymond P. Moore

**Civil case no. 12-cv-01772-RM-CBS**

PATRICK G. WADE,

    Plaintiff,

v.

UNION PACIFIC RAILROAD COMPANY, a corporation,

    Defendant.

## ORDER

    Plaintiff's November 1, 2013 Motion In Limine To Prohibit All Collateral Source Evidence (ECF No. 50) is hereby GRANTED. This Court finds that, following *Eichel* and *Green*, any admission during trial of collateral source evidence is outweighed by the danger of unfair prejudice and confusion to the jury. *See Eichel v. New York Central R. Co.,* 375 U.S. 253 (1963); *Green v. Denver & Rio Grande Western R. Co.*, 59 F.3d 1029, 1033 (10th Cir. 1995).

    DATED this 26th day of November, 2013.

                                                                BY THE COURT:

                                                                RAYMOND P. MOORE
                                                                United States District Judge