**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No.  12-cv-01772-RM-CBS

PATRICK G. WADE,

    Plaintiff,

v.

UNION PACIFIC RAILROAD COMPANY, a corporation,

    Defendant.

---

**FINAL JUDGMENT**

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

This action was tried before a jury of eight duly sworn to try the issues herein with U.S. District Judge Raymond P. Moore presiding, and the jury has rendered a verdict. Accordingly, it is

ORDERED that pursuant to the jury's verdict that declines finding the defendant negligent, Final Judgment is hereby entered in favor of Defendant Union Pacific Railroad Company and against Plaintiff Patrick G. Wade.  It is

FURTHER ORDERED that Defendant Union Pacific is awarded its costs, pursuant to the procedures set forth in Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1, upon the filing of a bill of costs within 14 days of entry of judgment.

   Dated at Denver, Colorado this 9th day of December, 2013.

                                         FOR THE COURT:
                                         JEFFREY P. COLWELL, CLERK

                                         By: s/Edward P. Butler

                                         Edward P. Butler, Deputy Clerk